UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE Division

CIVIL RIGHTS COMPLAINT FORM

ROBINSON VENTE VIVEROS
20030307 02

CASE NUMBER: 3:04-CV-261-J-25MCR

(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

CITY OF JACKSONVILLE AND
JOHN RUTHER FORD sheriff Duval Co.
officer Nash mailroom

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED 2004 APR -5 P 3:29

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: DUVAL COUNTY JAIL
(Indicate the name and location)

500 EAST ADAMS ST JACKSONVILLE Fl 32202

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

 EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

 1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

 2. If so, you must attach a copy of the grievance and response to this Complaint form.

 3. Were you denied emergency status? Yes ( ) No ( )

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

DC 225 (Rev. 12/02)    2

   b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

   1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

   1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

   2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

   3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

   4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

   1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _16th_ day of _March_, 2 _004_.

N/A   _Robinson_
Signature of Plaintiff

Charles F. Fisette
Commission # CC 963494
Expires Aug. 27, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

_Charles F. Fisette_

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

   1. What steps did you take? I wrote a grievance and also an appeal towards the disposition.

   2. What were the results? The violation was not corrected

   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses. see grievance form exhibits attached

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 26th day of March, 2004.

X Robinson
Signature of Plaintiff

Charles F. Fisette
Commission # CC 963494
Expires Aug. 27, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

Charles F. Fisette

IV. <u>PREVIOUS LAWSUITS</u>:

    A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

    B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

    C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

N/A

       1. Parties to previous lawsuit:

         Plaintiff(s): _____

         Defendant(s): _____

       2. Court (if federal court, name the district; if state court, name the county):

       3. Docket Number: _____

       4. Name of judge: _____

       5. Briefly describe the facts and basis of the lawsuit: _____

       6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

       7. Approximate filing date: _____

       8. Approximate disposition date: _____

    D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been

---

dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

V.   PARTIES: In part A of this section, indicate your **full name** in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

   A.  Name of Plaintiff: _____

       Mailing address: _____

       _____

   B.  Additional Plaintiffs: _____

       _____

       _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

   C.  Defendant:          _____

       Mailing Address:    _____

       _____

       Position:           _____

       Employed at:        _____

D.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

E.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

By this police officer acting under color of Law violated my Constitutional Rights 42 USCA §1983, Thornburgh vs Abbot 490 U.S. 401, inmates have the right to send and receive information "reasonably related to legitimate penal interests. Incoming correspondence may be rejected "if" it is detrimental to the security; good order; or discipline of the institution or [if it] might facilitate criminal activity.

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On February 12, 2004, Police officer Nash opened and censored legal mail belonging to the plaintiff sent by my attorney Quentin T. Till. Officer Nash a trainee in the presence of Police Officer Crump, and (2) two inmate witnesses Norman Dewitt Reynolds #2004004853 and Terence Pitts #2002018131; opened and removed the appellate case law from such letter and refused the plaintiff's requests for a Mail rejection form of which is a Standard Operating procedure.

DC 225 (Rev. 12/02)                                                    8

Statement of Facts, continued:

On February 17, 2004, Plaintiff filed a grievance form but this form was lost so plaintiff filed a second request to inquire about his grievance then in the presence of Sgt. Peoples 7050 a second grievance was filled out on March 3, 2004, (see attached exhibit). The grievance form was returned to the plaintiff with a written responce by Sgt. Peoples 7050, stating page 9 of the inmate handbook "photographs" X-erox copies or facsimiles will be considered nuisance contraband and will be confiscated for disposal. On March 11, 2004, Plaintiff appealed prior grievance because no proper remedy was resolved. The Jail grievance forms do not have carbon copies. The incident occurred at 5th floor East 2 dorm in the Duval County Jail, Officer Nash is employed by the City of Jacksonville. The inmate handbook was revised March 2004 and signed by Sheriff John Rutherford stating that the inmate handbook is in accordance with all federal, State, and Municipal laws pertaining to corrections, (See Attached Exhibits). I have suffered mental anguish from this incident, lost sleep and felt helpless as a child because I thought this paperwork could vindicate me from all charges, I also lost my Trial because the stolen U.S. Mail dealt with my type of Criminal Charges.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

First, I want a jury trial. Second, I am seeking damages for the amount of One Hundred Fifty Thousand Dollars ($150,000.00). Third, I want a Public Apology and the inmate handbook rules changed (re-written) to allow Legal Mail/Appellate case law received by U.S Mail whether it is Photo Copied or Downloaded from the internet sent by our Attorney or Family Members.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 26th day of March, 2004.

Charles F. Fisette
Commission # CC 963494
Expires Aug. 27, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

X _Robinson_

(Signatures of all Plaintiffs)

DC 225 (Rev. 12/02)